Eastern District of Wisconsin

19-C-1644

Hunter Hanson (Plaintiff)   Case No.
vs                          2019CF000087
State of Wisconsin (Defendant(s))

---

U.S.C 42 civil tort claim 895

---

# Facts

On 1-23-2019 The Plaintiff was charged with the following charges.
Attempt 1st Degree Intentinal homicide
vehicle opertor Flee/Elude officer
Disorderly Conduct
Disorderly conduct
Possess firearm - convicted of a felon
2-21-2019 Plaintiff Due process law was violated
3-7-2019 Amended complaint was filed

# Argurment

on 2-15-2019 the plaintiff was in court with lawyer Erin preston District Attorney Kelly Larsen, In Judge Alice Rudebusch court Room. Bond was set for $100,000.00
on 2-21-2019 the plaintiff Had preliminary hearing Rescheduled by Attorney Nelida cortes.
on 2-28-2019 the plaintiff Had a status confence Rescheduled by Attorney mary Kotleski.
on 3-7-2019 the plaintiff had preliminary hearing Rescheduled by Attorney mary Kotleski
on 3-14-2019 the plaintiff had preliminary hearing Rescheduled by Attorney Helmi Hamad.

3-21-2019 The Plaintiff had a status confence Rescheduled by Helmi Hamad

3-28-2019 The Plaintiff had a Preliminary hearing Rescheduled by Helmi Hamad

4-11-19 The plaintiff had a status confence Rescheduled by Helmi Hamad

4-25-19 The plaintiff had a preliminary hearing Rescheduled by The state.

5-2-19 The plaintiff had a preliminary hearing and was bound over for trial.

The Plaintiff Due process law was violated on All these Dates (Preliminary Hearing). The Plaintiff never gave consent to waive. There is no Justice or Liberty in the Plaintiff Due process law begin violated. 970.03(w) Armstrong v. State of Wisconsin. Please investigate this matter the Plaintiff freedom is at stake in that he is inonocense.

## Relief

The Plaintiff is Asking for dismissal and Relief